BAKER *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVELAND
STRAIGHT LINE RAILROAD COMPANY.

APPEAL from the *Greene* Circuit Court.
*Per Curiam.*—This case is similar to that of *O'Donald* against the same appellee, at this term (1).

The judgment is affirmed with 3 per cent. damages and costs.

*J. N. Evans*, for the appellant.
*D. M'Donald* and *A. G. Porter*, for the appellees.

(1) *Ante*, 259.